# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

HEALTHWORKS ALLIANCE, INC.,
    Plaintiff,

v.

MITCHELL BAILEY

and

INFO-X, INC.,
    Defendants.

CIVIL ACTION

No: 02-CV-4652

## ORDER

AND NOW, this 18th day of July, 2002, upon the Motion for Admission *pro hac vice* of Neal Klausner filed by David A. Gradwohl,

It is hereby Ordered that the Motion is granted and Neal Klausner, Esquire is admitted *pro hac vice* to serve as counsel for the Defendants in this case.

By The Court:

_____ J.

LN1 100392v1 07/17/02

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHWORKS ALLIANCE, INC.,<br>Plaintiff,<br><br>v.<br><br>MITCHELL BAILEY<br><br>and<br><br>INFO-X, INC.,<br>Defendants. | CIVIL ACTION<br><br>No: 02-CV-4652 |

**MOTION FOR ADMISSION *PRO HAC VICE*<br>OF NEAL KAUSNER, ESQUIRE**

David A. Gradwohl, associate attorney for the Defendants, Info-X, Inc. and Mitchell Bailey, moves the Court for the admission *pro hac vice* of Neal Klausner, a member of the Bar of the State of New York, in this case. In support of this Motion, David A. Gradwohl states as follows:

1. I am a member of the Bar of the Supreme Court of Ohio (1972), the Bar of the Supreme Court of Pennsylvania (1973), the Bar of this Court (1972), the Bar of the Court of Appeals of the Third Circuit (1973), and the Bar of the United States Supreme Court (1985).

2. I am currently in good standing and eligible to practice in all of the Courts where I am admitted.

3. Neal Klausner, Esquire, is a member of the Bar of the State of New York and the Bar of the Southern District of New York. He is currently in good standing and eligible to practice in those Courts.

4. To the best of my knowledge, Mr. Klausner is not currently suspended or disbarred by any Court.

5. Upon Mr. Klausner's admission, I will continue to act as associate counsel pursuant to Rule 83.5.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania.

6. I swear that the foregoing is true and correct under penalty of perjury.

WHEREFORE, David A. Gradwohl, requests the Court to grant this Motion and permit Neal Klausner to appear *pro hac vice* in this case.

David A. Gradwohl (18340)
Fox, Rothschild, O'Brien & Frankel, LLP
125 South Broad Street
Lansdale, PA 19446
215-661-9406
Attorney for Defendants

Dated: July 18, 2002

LN1 100392v1 07/17/02

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2002, the foregoing Motion For Admission *pro hac vice* of Neal Klausner, Esquire was served by first-class mail on counsel for Plaintiff at the following address:

Michael J. Ossip
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

_____
David A. Gradwohl

Dated: July 18, 2002

LN1 100392v1 07/17/02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHWORKS ALLIANCE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MITCHELL BAILEY <br><br> and <br><br> INFO-X, INC., <br><br> Defendants. | CIVIL ACTION <br><br> No: 02-CV-4652 |

### AFFIDAVIT OF NEAL H. KLAUSNER

COUNTY OF NEW YORK    )
                      :
STATE OF NEW YORK     )

Neal H. Klausner, being first duly sworn, deposes and says as follows in support of the Motion for Admission *pro hac vice* of Neal Klausner in this case:

1. I am an attorney licensed to practice in the State of New York and in the United States District Court for the Southern District of New York.

2. I am currently not suspended or disbarred by any Court.

3. I am currently in good standing and eligible to practice in all the Courts where I am admitted.

_____
Neal H. Klausner

Sworn to and Subscribed before
me this 16th day of July, 2002

_____
Notary Public

JOHN A. MURPHY
Notary Public, State of New York
No. 01MU5050174
Qualified in Kings County
Commission Expires October 02, 2005

2